STEPHANIE YONEKURA
Acting United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
CHRISTOPHER K. PELHAM (Cal. Bar No. 241068)
Assistant United States Attorney
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0610
     Facsimile: (213) 894-0142
     E-mail:    christopher.pelham@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

E-FILED- 11/19/14
LINK#712/Term#710
JS-3 AS TO DFT 8 ONLY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 08-1167-PSG-8 |
|---|---|
| Plaintiff, | [PROPOSED] ORDER DISMISSING INDICTMENT AS TO DEFENDANT SEVANTRELL NETTLES |
| v. | |
| SEVANTRELL NETTLES, | Fed. R. Crim. Proc. 48(a) |
| Defendant. | |

Plaintiff United States of America has filed an unopposed Motion to Dismiss the Above-Captioned Indictment as to Defendant Sevantrell Nettles ("defendant").

1    It IS HEREBY ORDERED THAT the above-captioned indictment is
2 dismissed with prejudice as to defendant SEVANTRELL NETTLES.
3    IT IS SO ORDERED.
4 Dated:   11/19/14

_____
UNITED STATES DISTRICT JUDGE

2